IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /MRG D.C.
05 SEP -7 PM 12: 05

CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

v.

SYRITTA FLORENCE                                  05cr20320-Ml

## ORDER ON ARRAIGNMENT

This cause came to be heard on **Sept 7, 2005** the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME **Marty McAfee** who is <u>Retained</u>/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.

___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:513
utter forged and counterfeit security

Attorney assigned to Case: R. Oliver

Age: **38**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on **9-7-05**

(10)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20320 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT